IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM LAMONT HUDSON, | ) | |
| Plaintiff | ) | 2:09cv416 |
| | ) | Electronic Filing |
| vs. | ) | |
| | ) | Judge Cercone/ |
| JUSTICE RELATED SERVICES, | ) | Chief Magistrate Hay |
| Defendant | ) | |

## MEMORANDUM ORDER

AND NOW, this 14th day of September, 2009, after the Plaintiff, William Lamont Hudson, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until August 21, 2009, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the above-captioned case is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

*[signature]*

DAVID STEWART CERCONE
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

William Lamont Hudson
11844-3-E-124
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219